USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 9/10/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
STEFAN SACHSENBERG, individually and on behalf of all others similarly situated,
Plaintiff,

-against-

IRSA INVERSIONES Y REPRESENTACIONES SOCIEDAD ANONIMA, EDUARDO SERGIO ELSZTAIN, CRESUD SOCIEDAD ANONIMA COMERCIAL, INMOBILIARIA, FINANCIERA Y AGROPECUARIA, SAUL ZANG, and MATIAS IVAN GAIVIRONSKY,
Defendants.
-----------------------------------------------------------X

16 **CIVIL** 5743 (VSB)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 10, 2018, IRSA and Cresud's motion to dismiss is GRANTED.

**Dated:** New York, New York
September 10, 2018

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** K Mango
**Deputy Clerk**