UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEFAN SACHSENBERG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>VS.<br><br>IRSA INVERSIONES Y REPRESENTACIONES SOCIEDAD ANÓNIMA, EDUARDO SERGIO ELSZTAIN, ALEJANDRO GUSTAVO ELSZTAIN, CRESUD SOCIEDAD ANÓNIMA COMERCIAL, INMOBILIARIA, FINANCIERA Y AGROPECUARIA, SAÚL ZANG, and MATÍAS IVÁN GAIVIRONSKY,<br><br>DEFENDANTS. | No. 16-cv-5743-VSB |

## NOTICE OF APPEAL

Notice is hereby given that Stefan Sachsenberg, Lead Plaintiff in this case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final order, dismissing the case, entered on the 10th day of September, 2018 (ECF No. 34).

Dated: October 9, 2018

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ *Jacob A. Goldberg*
Jacob A. Goldberg (admitted *pro hac vice*)
Keith Lorenze (KL 0216)
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
T: 215-600-2817
F: 212-202-3827
Email: jgoldberg@rosenlegal.com
           klorenze@rosenlegal.com

and

Laurence M. Rosen, Esq. (LR 5733)
Phillip Kim, Esq. (PK 9384)
275 Madison Avenue, 34th Floor
New York, NY 10016
T: 212-686-1060
F: 212-202-3827
Email: lrosen@rosenlegal.com
pkim@rosenlegal.com

***Lead Plaintiff Stefan Sachsenberg***

## CERTIFICATE OF SERVICE

I hereby certify that, on October 9, 2018, I electronically filed the foregoing *Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will send notification of such to all CM/ECF participants.

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Jacob Goldberg*
Jacob A. Goldberg
101 Greenwood Avenue, Suite 440
Jenkintown, PA  19046
Tel: (215) 600-2817
Fax: (212) 202-3827
Email: jgoldberg@rosenlegal.com

*Lead Plaintiff Stefan Sachsenberg*