**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

1:16-cv-05743-VSB

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of December, two thousand and eighteen.

Stefan Sachsenberg, Individually and on behalf of all others similarly situated,

    Plaintiff - Appellant,

v.

IRSA Inversiones y Representaciones Sociedad Anonima., Cresud Sociedad Anonima Comercial, Inmobiliaria, Financiera y Agropecuaria,

    Defendants - Appellees.

**ORDER**

Docket No. 18-3002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Dec 18 2018

Appellant moves for voluntary dismissal of the appeal pursuant to FRAP 42.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 12/18/2018