USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 5/15/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X

STEFAN SACHSENBERG, *individually and on behalf of all others similarly situated*,

Plaintiff,

- against -

IRSA INVERSIONES Y REPRESENTACIONES SOCIEDAD ANÓNIMA, EDUARDO SERGIO ELSZTAIN, CRESUD SOCIEDAD ANÓNIMA COMERCIAL, INMOBILIARIA, FINANCIERA Y AGROPECUARIA, SAÚL ZANG, and MATÍAS IVÁN GAIVIRONSKY,

Defendants.

--------------------------------------------------------X

16-CV-5743 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

On September 10, 2018, I issued an Opinion & Order granting the motion of IRSA Inversiones y Representaciones Sociedad Anónima ("IRSA") and Cresud Sociedad Anónima Comercial, Inmobiliaria, Financiera y Agropecuaria ("Cresud") to dismiss Plaintiff's complaint. (Doc. 34.)[1] In that Opinion & Order, I further directed Plaintiff Stefan Sachsenberg to submit a letter showing good cause for his failure to serve the remaining Defendants in this action. (*Id.* at 2 n.1.) On September 24, 2018, Plaintiff submitted a letter acknowledging that Defendants Eduardo Sergio Elsztain, Saúl Zang, and Matías Iván Gaivironsky (collectively, the "Individual Defendants") had not been served. (Doc. 36.) In that letter, Plaintiff requested that his claims against Defendants IRSA and Cresud be dismissed with prejudice and that his claims against the

[1] Judgment was entered in favor of IRSA and Cresud on September 10, 2018, (Doc. 35); however, neither Defendant was terminated on the electronic docket.

Individual Defendants be dismissed without prejudice for lack of service. (*Id.* at 1.)

Accordingly, it is hereby

ORDERED that, for the reasons stated in my September 10, 2018 Opinion & Order, Plaintiff's claims against IRSA and Cresud are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's claims against Eduardo Sergio Elsztain, Saúl Zang, and Matías Iván Gaivironsky are DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: May 15, 2019
New York, New York

Vernon S. Broderick
United States District Judge